

# Fourth Court of Appeals
## San Antonio, Texas

November 23, 2021

No. 04-21-00297-CR

Kevin **DEBNAM**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR6484
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant filed a pro se notice of appeal on July 16, 2021. Neither the clerk's record nor a supplemental clerk's record filed in this court contains a final judgment. The deputy clerk of this court contacted the trial court clerk and was informed the sentencing hearing was set for September 13, 2021. Upon subsequent inquiries, the deputy clerk was informed that the September 13, 2021 sentencing hearing was continued, and there is currently no date scheduled for the appellant's sentencing hearing. Absent a final judgment or other appealable order, this court has no jurisdiction. TEX. R. APP. P. 25.2(a)(2).

Accordingly, it is ORDERED that appellant show cause in writing **within fifteen (15)** days from the date of this order why this appeal should be not dismissed for lack of jurisdiction. All appellate deadlines in this appeal are suspended pending further order of the court.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of November, 2021.



MICHAEL A. CRUZ, Clerk of Court